November 18, 2005

Mr. M. Ryan Kirby
The Law Firm of Timothy C. Anderson, PLLC
3100 Phoenix Tower
3200 Southwest Freeway
Houston, TX 77027
Mr. Savio Mathew
4106 Bluestone Ct.
Missouri City, TX 77459

RE: Case Number: 03-0831
 Court of Appeals Number: 14-02-01254-CV
 Trial Court Number: 767190

Style: YUSUF SULTAN, D/B/A U.S. CARPET AND FLOORS
 v.
 SAVIO MATHEW

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice Brister and Justice
Willett not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Ed Wells |
| |Ms. Beverly |
| |Kaufman |